**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7673**

———————

GEORGE HENSON, JR.,

                          Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director of Virginia
Department of Corrections,

                          Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. David G. Lowe, Magistrate Judge.
(CA-01-59)

———————

Submitted:  January 30, 2003          Decided:  February 5, 2003

———————

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

George Henson, Jr., Appellant Pro Se. Donald Eldridge Jeffrey, III,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Henson, Jr., appeals the magistrate judge's order granting his motion to supplement the record in his 28 U.S.C. § 2254 (2000) petition but denying further relief. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the magistrate judge. See <u>Henson v. Angelone</u>, No. CA-01-59 (E.D. Va. Oct. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2